SINGER CASHMAN LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singercashman.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 500-6080
Facsimile:   (415) 500-6080

*Attorneys for Plaintiff Software Research, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br>    Plaintiff, <br><br>v. <br><br>UIPATH, INC. AND DOES 1 THROUGH 10, <br><br>    Defendants. | CASE NO. 3:21-CV-4326-EMC <br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

    Pursuant to FRCP 41(a)(1)(A)(i), no Defendant having served an answer or a motion for summary judgment, Plaintiff Software Research, Inc. hereby voluntarily dismisses this action without prejudice.

Date: August 13, 2021

Respectfully submitted,

SINGER CASHMAN LLP

_____
Benjamin L. Singer
Evan Budaj
*Attorneys for Plaintiff Software Research, Inc.*

[STAMP: GRANTED — Judge Edward M. Chen — United States District Court, Northern District of California]